UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>VICTOR MANUEL URIBE LUNA,<br><br>　　　　　Defendant. | CR-25-124-GF-BMM<br><br>FINDINGS AND<br>RECOMMENDATION<br>CONCERNING PLEA |

　　　　Defendant Victor Uribe Luna (Luna) has appeared before me by consent under Fed. R. Crim. P. 11 and has entered a plea of guilty to one count of illegal reentry, in violation of 8 U.S.C. § 1326(a), as charged in the Indictment.

　　　　After examining the Luna under oath, I make the following determinations:

　　　　1. Luna is fully competent and capable of entering an informed and voluntary plea;

　　　　2. Luna is aware of the nature of the charge against him and consequences of pleading guilty to the charge;

3.  Luna fully understands his constitutional rights and the extent to which he is waiving those rights by pleading guilty; and

4.  Luna's plea of guilty is a knowing and voluntary plea supported by an independent basis in fact sufficient to prove each of the essential elements of the count charged.

The Court further concludes Luna had adequate time to review his case and the charges with his counsel and understood the charge against him.  Therefore, I recommend that the Luna be adjudged guilty of the charge of illegal reentry, in violation of 8 U.S.C. § 1326(a) as charged in the Information and that sentence be imposed.

**This report is forwarded with the recommendation that the Court defer a decision regarding acceptance until the Court has reviewed the expedited presentence report**.

DATED this 25th day of November 2025.

John Johnston
United States Magistrate Judge