IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Victor Manuel Uribe Luna,<br><br>Defendant. | No. CR 25-124-GF-BMM<br><br>ORDER |

United States Magistrate John Johnston entered Findings and Recommendation in this matter on November 25, 2025. (Doc. 17.) Neither party objected and therefore they are not entitled to de novo review of the record. 28 U.S.C. §636(b)(1); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." United States v. Syrax, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Johnston recommended this Court accept Victor Manuel Uribe Luna's (Luna) guilty plea after Luna appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered his plea of guilty to the Indictment. I find no clear error in Judge Johnston's Findings and Recommendation, and I adopt them in full, including the recommendation to defer acceptance of the plea until sentencing when the Court will have reviewed the record in this case.

Luna will file a waiver for a full Pre-Sentence Report and interview by United States Probation. According, IT IS HEREBY ORDERED that the Court will conduct a sentencing hearing in this matter on Wednesday, December 10, 2025 at 3:30 p.m. Sentencing Memorandum are due to the Court on or before December 9, 2025. The Government's Motion to Continue (Doc. 16) is DENIED.

DATED this 25th day of November 2025.

_____
Brian Morris, Chief District Judge
United States District Courts